### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINDA CORDRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-CV-00095-FHM |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

Upon consideration of Defendant's Motion to Reverse and Remand (Doc. #25), to which there is no objection, and for good cause shown, it is hereby ORDERED that the Commissioner's decision be reversed and this case remanded to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DATED this 2nd day of March, 2006.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE